NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN F. MCBURNEY,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFIARS,**

*Respondent-Appellee.*

---

2010-7013

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-4015, Judge Robert N. Davis.

---

## ORDER

John F. McBurney notifies the court that the United States Court of Appeals for Veterans Claims entered final judgment in *McBurney v. Shinseki*, and requests that the court lift the stay of briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of briefing is lifted. If McBurney wishes to file a reply brief, it is due within 14 days of the date of filing of this order.

FOR THE COURT

SEP 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark J. McBurney, Esq.
     Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK